United States Bankruptcy Court
District of New Mexico

IN RE:                                                                         Case No. _____

BURGER, ARIANNA _____    Chapter 7 _____
Debtor(s)

## DISCLOSURE OF MARITAL STATUS
## PURSUANT TO NEW MEXICO LOCAL BANKRUPTCY RULE 1002-1

Pursuant to Local Bankruptcy Rule 1002-1, I certify that

☑ I have no spouse

OR

☐ I have a non-filing spouse, whose name is: _____

and to the best of my knowledge, information and belief, my spouse's address is:

_____

I declare under penalty of perjury that the information provided in this disclosure is true and correct.

*/s/ Arianna Burger*

10120 LOS ARBOLES AVE
ALBUQUERQUE, NM 87112

(505) 331-4483

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

FILED
US BANKRUPTCY COURT
ALBUQUERQUE, NM
10 JUN -2 AM 10:13
OFFICE OF THE CLERK